UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMITÉ DIALOGO AMBIENTAL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., <br><br> Defendants. | No. 1:23-cv-00984-CKK <br><br> **JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER AND SET BRIEFING SCHEDULE** |

Defendants recently notified Plaintiffs that they intend to file a motion to transfer venue of this suit to the District of Puerto Rico. Because Plaintiffs will oppose this motion, the parties have conferred and, in the interests of efficiency, now jointly move this Court to set a briefing schedule. In addition, Defendants respectfully request that the Court enlarge the time for Defendants to file their Answer to Plaintiffs' Complaint. The current deadline for Defendants to respond to the Complaint is Monday, June 12, 2023, and Defendants request to extend this deadline by 60 days to August 11, 2023. In support of this Motion, the parties state the following:

1. Plaintiffs filed this action on April 11, 2023, challenging under the National Environmental Policy Act, two Programmatic Environmental Assessments (PEAs) that the Federal Emergency Management Agency (FEMA) issued.

2. Defendants were served on April 12, 2023, making June 12, 2023, the deadline to respond to the Complaint. *See* ECF No. 9; Fed. R. Civ. P. 6(a)(1)(C).

3. For good cause, the Court may extend the time for Defendants to answer the Complaint; good cause exists here. Fed. R. Civ. P. 6(b)(1).

4. "The determination of whether good cause exists turns on the moving party's diligence." *Headfirst Baseball LLC v. Elwood*, 206 F. Supp. 3d 148, 154 (D.D.C. 2016) (applying Rule 16(b)'s standard of "good cause"). Since receiving the Complaint, Defendants have been diligently working on responding to the allegations in the Complaint and compiling the Administrative Record. Because of the nature of the allegations, Defendants require more time to further investigate the information alleged and identify the documents that are part of the Administrative Record.

5. Plaintiffs' counsel has represented that while Plaintiffs consent to a 30-day extension, they are concerned about extending the timeline further. However, based on Defendants' representation that more time is necessary to collect information to prepare an Answer to the Complaint, Plaintiffs do not oppose Defendants' request for a 60-day extension to file their Answer. Plaintiffs also do not object to a reasonable extension of Defendants' deadline to file a certified list of the contents of the Administrative Record, which will be due on September 11, 2023. The parties intend to discuss that deadline and seek to propose a mutually agreed upon date before Defendants' Answer is due.

6. Defendants intend to move to transfer venue to the District of Puerto Rico by no later than Friday, June 16, 2023. In accordance with Local Rule 7(b), Plaintiffs' response would be due two weeks later on Friday, June 30, 2023. However, to avoid the need for extension requests, and in the interests of judicial efficiency, the parties have conferred on Defendants' upcoming motion and respectfully request that the Court adopt the following briefing schedule:

    a. Defendants shall file their motion to transfer venue by **June 16, 2023**.

    b. Plaintiffs shall file their response to Defendants' motion to transfer venue by **July 7, 2023**.

   c. Defendants shall file their reply in support of their motion to transfer venue by **July 21, 2023**.

7. No party will be prejudiced by granting the relief sought in this Joint Motion.

For good cause shown, the parties ask that the Court grant this Joint Motion, adopt the parties' proposed briefing schedule, and enlarge Defendants' time to answer the Complaint.

Respectfully submitted this 8th day of June 2023.

        TODD KIM
        Assistant Attorney General
        Environment & Natural Resources Division

        */s/ Krystal-Rose Perez*
        KATHARINE LAUBACH (CO 42693)
        KRYSTAL-ROSE PEREZ (TX 24105931)
        Trial Attorneys
        U.S. Department of Justice
        Natural Resources Section
        150 M Street NE
        Washington, D.C. 20002
        Phone: (202) 305-8568 (Laubach)
        Phone: (202) 305-0486 (Perez)
        Email: katharine.laubach@usdoj.gov
        Email: krystal-rose.perez@usdoj.gov

        *Attorneys for Defendants*

        */s/ Howard M. Crystal*
        HOWARD M. CRYSTAL
        (D.C. Bar No. 446189)
        CENTER FOR BIOLOGICAL DIVERSITY
        1411 K Street NW, Suite 1300
        Washington, D.C. 20005
        Tel: (202) 809-6926
        hcrystal@biologicaldiversity.org

        *Attorney for Plaintiffs*